UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Contiguity, LLC

vs.   Case No.: 6:23-cv-00038-XR

Conduent Business Services, LLC

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Devon C. Beane, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Conduent Business Services, LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) K&L Gates LLP with offices at:

    Mailing address: 70 W. Madison Street, Suite 3300
    City, State, Zip Code: Chicago, IL 60602
    Telephone: (312) 807-4436    Facsimile: (312) 827-8000

2. Since 11/4/2010, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6303129.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | Northern District of Illinois | 10/31/2011 |
    | U.S. Court of Appeals, Federal Circuit | 05/15/2012 |
    | District of Colorado | 01/14/2022 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:21-cv-00097-ADA   on the 1st day of February, 2021.
   Number: 6:22-cv-00566-ADA   on the 8th day of June, 2023.
   Number: _____   on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Melissa R. Smith (Gillam & Smith LLP)

Mailing address: 303 South Washington Avenue

City, State, Zip Code: Marshall, TX 75670

Telephone: (903) 934-8450

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Devon C. Beane to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Devon C. Beane
[printed name of Applicant]

*Devon C Beane*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 29 day of August, 2023.

Devon C. Beane
[printed name of Applicant]

*Devon C Beane*
[signature of Applicant]