# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CONTIGUITY, LLC,<br>　　　*Plaintiff*<br><br>-vs-<br><br>CONDUENT BUSINESS SERVICES, LLC,<br>　　　*Defendant* | § § § § § § § § § | W-23-CV-00038-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Contiguity, LLC shall take nothing by its claims against Defendant Conduent Business Services, LLC. Plaintiff's claims are **DISMISSED WITH PREJUDICE** for failure to state a claim.

It is so **ORDERED**.

**SIGNED** this 22nd day of January, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE